UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Matthew Bowen <br><br>                       Plaintiff, <br> v. <br><br> Natural Resources Engineering Co., P.A. <br><br> and <br><br> Barry F. Power <br>                       Defendants. | CIVIL ACTION No. 11-cv-294 |

**ORDER PURSUANT TO FED. R. CIV. P 41(a)**

The parties, through their respective counsel, have submitted to the Court a Notice of Settlement and a Stipulation of Dismissal With Prejudice, along with a formal settlement resolving all claims that Plaintiff brought against Defendants and Defendants brought against Plaintiff in the above captioned matter. In reliance on the parties fulfilling their obligations under the settlement agreement,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties to this Action as defined in the settlement agreement;

2. The Court finds that the settlement appears fair, reasonable and adequate under the circumstances, grants final approval of the settlement of this action in accordance with the terms of the Settlement Agreement, and orders the parties to perform their remaining obligations pursuant to the terms of their Settlement Agreement; and

3. The Court dismisses Plaintiff's Complaint and Defendants' Counterclaims in this case and all claims and causes of action asserted therein, on the merits, with prejudice and

without costs to either party subject to reopening upon good cause shown only for purposes of enforcing the terms of the settlement.

    IT IS SO ORDERED.

Dated this 8th day of March, 2012.

                                BY THE COURT:

                                _____
                                Hon. Judge William M. Conley
                                U.S. DISTRICT JUDGE